Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov

FILED

2022 JUL 13 AM 9:43

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ___ Gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 5:21CR447   MJ 22-02712 |
|---|---|---|
| v. CAMERON ATKINS | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

USMS# _____

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/29/22  4:21  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   **21 U.S.C. 841(a)(1) and (b)(1)(C) 18 U.S.C. 924(c)(1)(A)(i)**

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 2000

8. Defendant has retained counsel:  ☐ No   ☒ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **inbox emailed**

10. Remarks (if any): _____

11. Name: Charles Yeagley  (please print)

12. Office Phone Number: 213-305-8937

13. Agency: DEA

14. Signature: CHARLES YEAGLEY (Digitally signed by CHARLES YEAGLEY Date: 2022.07.12 11:45:05 -07'00')

15. Date: 7-12-22

CR-64 (06/20)                                    REPORT COMMENCING CRIMINAL ACTION